IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02894-REB-BNB

GERALD MORRIS, and
GUNILLA MORRIS,

Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Joint Motion to Amend the Court's February 4, 2010 Scheduling Order** [Doc. # 16, filed 3/29/2010] (the "Motion"). The parties seek to amend the deadline to join parties and amend pleadings to April 26, 2010. The purpose for the deadline and my reasons for setting it at March 29, 2010, was discussed at length during the scheduling conference on February 4, 2010. Consistent with that discussion and in view of the purposes stated then:

IT IS ORDERED that the Motion [Doc. # 16] is DENIED.

Dated March 30, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge