IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02894-REB-BNB

GERALD MORRIS, and
GUNILLA MORRIS,

Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

Defendant.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Withdraw Their Motion for Leave to File First Amended Complaint** [docket no. 18, filed March 29, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED: March 30, 2010