IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02894-REB-BNB

GERALD MORRIS, and
GUNILLA MORRIS,

Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises on the defendant's **Motion to Continue Settlement Conference** [Doc. # 25, filed 4/15/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion [Doc. # 25] is GRANTED.

IT IS FURTHER ORDERED that the settlement conference set for April 22, 2010, at 1:30 p.m., is VACATED and RESET to **June 4, 2010, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to

my chambers on or before **June 1, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated April 19, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge