IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02894-REB-BNB

GERALD MORRIS, and
GUNILLA MORRIS,

Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

Defendant.

_____

## ORDER
_____

A settlement conference was held this morning. In connection with the parties' ongoing efforts to reach a resolution of this case:

IT IS ORDERED that on or before **July 6, 2010**, the parties shall file a status report addressing their settle efforts and what assistance, if any, I can provide in connection with those efforts.

Dated June 4, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge