**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-02894-REB-BNB

GERALD MORRIS, and
GUNILLA MORRIS,

      Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulation For Dismissal With Prejudice** [#36] filed

October 18, 2010. After reviewing the stipulation and the file, I conclude that the stipulation

should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation For Dismissal With Prejudice** [#36] filed October 18, 2010, is

**APPROVED**;

      2. That the Trial Preparation Conference set for January 7, 2011, is **VACATED**;

      3. That the jury trial set to commence January 24, 2011, is **VACATED**; and

      4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

      Dated October 18, 2010, at Denver, Colorado.

                            **BY THE COURT:**

                            Robert E. Blackburn
                            United States District Judge